U.S. Department of Justice

Civil Rights Division

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

December 18, 2023

VIA EMAIL: arobinsonlawfirm@yahoo.com

Terrance Tiller c/o
Abby Robinson, Esq
Abby Robinson & Associates Law Firm, PLLC
227 E. Pearl Street
Jackson, MS 39201

Re:   EEOC Charge Against:   Jackson Police Department
      EEOC No.:              423-2023-00587

Dear Mr. Tiller:

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge, and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you or your attorney has specifically requested this Notice, <u>you are hereby notified that you have the right to institute a civil action against the above-named respondent under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u> This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

If you or your attorney has any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to: Jackson Area Office, U.S. Equal Employment Opportunity Commission.


EXHIBIT A

Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA). We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,
Kristen Clarke
Assistant Attorney General
Civil Rights Division

BY: *Celeste A. Adams-Simmons*
Celeste A. Adams-Simmons
Senior Investigator
Disability Rights Section

Enclosures:
    Notice of Rights under the ADAAA

cc:    Jackson Police Department
       EEOC- Jackson Area Office



# ABBY ROBINSON & ASSOCIATE
## Law Firm PLLC

### NOTICE OF CLAIMS/INTENT TO SUE

### DATE OF NOTICE: DECEMBER 19, 2023

**DEFENDANTS:** THE CITY OF JACKSON, Mayor Chokwe Antar Lumumba, in his personal and professional [former] Chief of Police James Davis in his personal and professional capacity, [current] Chief of Police Joseph Wade in his personal and professional capacity.

**Address:**
The City of Jackson
219 SOUTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39201

**RE:** Pursuit to Miss. Code Ann. 11–46–11(1) states that a party must file a notice of claim with the chief executive officer of a governmental entity 90 days before filing a lawsuit.

**Re: Our Client[s]:** TERRANCE TILLER

**VIOLATIONS KNOWN AT THE TIME OF THIS NOTICE:** Violation of ADA Rights for people with Disabilities, Emotional Distress, Negligent Firing pursuant to ADA Rights, Bad Faith, Misrepresentation in dealings, Misuse of governmental authority.

Abby Robinson Esq.
_[signature]_
Attorney for Plaintiff

**EXHIBIT B**

DEC 19 PM2:24
CIPAL CLERK

Abby Robinson ESQ.
227 E. Pearl St. Jackson, MS 39201 | 601-321-9343 or Fax 487-6326 | Arobinsonlawfirm@yahoo.com | or abby@askabbylaw.org