

# ABBY ROBINSON & ASSOCIATE
## Law Firm PLLC

## NOTICE OF CLAIMS/INTENT TO SUE

### DATE OF NOTICE: DECEMBER 19, 2023

**DEFENDANTS:** THE CITY OF JACKSON, Mayor Chokwe Antar Lumumba, in his personal and professional [former] Chief of Police James Davis in his personal and professional capacity, [current] Chief of Police Joseph Wade in his personal and professional capacity.

**Address:**
The City of Jackson
219 SOUTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39201

**RE:** Pursuit to Miss. Code Ann. 11-46-11(1) states that a party must file a notice of claim with the chief executive officer of a governmental entity 90 days before filing a lawsuit.

**Re: Our Client[s]:** TERRANCE TILLER

**VIOLATIONS KNOWN AT THE TIME OF THIS NOTICE:** Violation of ADA Rights for people with Disabilities, Emotional Distress, Negligent Firing pursuant to ADA Rights, Bad Faith, Misrepresentation in dealings, Misuse of governmental authority.

Abby Robinson Esq.
Attorney for Plaintiff

EXHIBIT B

DEC 19 PM2:24
CIPAL CLERK

Abby Robinson ESQ.
227 E. Pearl St. Jackson, MS 39201 | 601-321-9343 or Fax 487-6326 | Arobinsonlawfirm@yahoo.com | or abby@askabbylaw.org