

| Chief of Police | **JACKSON POLICE DEPARTMENT** | Assistant Chief of Police |
|---|---|---|
| James E. Davis | Office of the Chief of Police | Joseph Wade |

JULY 07, 2022

Terrance Tiller
126 Callaway Circle
Byram, MS 39272

Dear Mr. Tiller:

The purpose of this letter is to inform you that as of July 7, 2022, your employment as a Jackson Police Office with the City of Jackson has been terminated.

On Monday, April 13, 2020, you responded to a burglary alarm at 904 East Fortification Street (Corner Mart). During this incident, the suspect was shot and succumbed to his injuries. You were one of the officers that fired at this individual and for this reason placed on Administrative Leave with pay pending the outcome of the internal investigation. A Psychological Evaluation was requested to determine your fitness for duty by the Department. You were cleared to return to duty on Monday, November 23, 2020. On Tuesday, November 24, 2022, you began exhibiting emotional issues and again placed on Administrative Leave with pay by the Jackson Police Department. Then, on two separate occasions a Psychological Evaluation was requested. The final Psychological Evaluation request by the Jackson Police Department was conducted and on December 22, 2020, the psychologist recommended that you remain on Administrative Leave indefinitely.

When an employee is placed on Administrative Leave, a letter is drafted by the Internal Affairs Division. Before the employee signs the letter and given a copy, the letter is read to the employee by the Internal Affairs Supervisor. The Internal Affairs Supervisor instructs the employee of their obligations and conditions while on Administrative Leave. One of the instructions listed in the letter, informs the employee that they are to check in with the Internal Affairs Division each day (Monday-Friday) between the hours of 0830-0930 by calling the number listed.

On several occasions, you failed to check in as a condition of being placed on Administrative Leave. You were informed on several occasions by the Commander of the Internal Affairs Division, the consequences of not following the directives given to check in Monday-Friday. You were informed that if you did not check in each day, it would be considered as a no show for work and you would not be paid. Although you are not physically at work, you are obligated to the City between the hours of 8am until 5pm, Monday-Friday as a form of a work schedule. You have failed to check in May 18, 2022-July 6, 2022, which is considered job abandonment.



EXHIBIT C