

| Chief of Police | JACKSON POLICE DEPARTMENT | Assistant Chief of Police |
|---|---|---|
| James E. Davis | Office of the Chief of Police | Joseph Wade |

_1/11_____, 2023

Dear ███████,

The purpose of this letter is to inform you that the City of Jackson Police Department previously requested an updated evaluation conducted by your physician detailing your fitness to return to Full Duty by August 24, 2022. You requested and were given an extension for this request to September 27, 2022. Your physical and mental health is important to us and your ability to carry out the duties and responsibilities in your job descriptive title.

Our records indicate that you were placed on Administrative Leave several years for mental health issues related to an officer involved shooting that occur while working for the City of Jackson Police Department. The City of Jackson Police Department has accommodated you as it relates to your limitations in hopes that you would make a full recovery and return to Full Duty Status. Unfortunately, you have not submitted the required paperwork from your physician to this department, stating, whether you are able or unable to carry out the duties and responsibilities in your job descriptive title.

Therefore, the City of Jackson Police Department has no alternative but to employ an individual who is capable of carrying out the essential functions and duties of the job requirements. In light of your medical condition and your inability to fulfill the obligation requirements as a Sergeant, the City of Jackson Police Department has concluded that retaining and employing you in a position that you no longer qualify for is not an option. Effective immediately, your employment with the Jackson Police Department is terminated pursuant to Civil Service Rule XII Section 2 Provision1.1 E-becoming physically or mentally unable to perform. We encourage you to consider applying for a civilian position with the City of Jackson and would be honored to assist you with this process.

You are therefore instructed to return all uniforms, keys, identification badges and other property issued to you, but belonging to the City of Jackson, immediately. Failure to return property belonging to the City of Jackson may result in the delay of you receiving final compensation, if any is due.

You have ten (10) calendar days from the date of notice of termination to request in writing, a hearing before the Civil Service Commission to determine whether such actions was or was not in good faith and cause. The Civil Service Commission's office is located at 100 Metrocenter Drive, Suite 102 (Metrocenter Mall).

Thank you for the commitment you made to serve and protect the citizens of Jackson

Sincerely,

_[signature]_

James E. Davis
Chief of Police

**EXHIBIT E**