# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TERRANCE TILLER**      **PLAINTIFF**

**VERSUS**      **CIVIL ACTION NO. 3:24cv94-KHJ-MTP**

**CITY OF JACKSON,** *et al.*      **DEFENDANTS**

## ORDER REGARDING SETTLEMENT CONFERENCE

The undersigned has received the parties' confidential settlement memoranda as required by the Order [16] setting the settlement conference. The positions outlined by the parties suggest that settlement of the case is unlikely. However, the settlement conference will proceed as scheduled in order that settlement may be attempted, options may be assessed and the case issues addressed.

The memorandum of the City of Jackson indicated that only the attorney would appear at the conference, which may be an oversight. The parties are reminded that the order requires the client to appear as well. The plaintiff is ordered and directed to be present for the conference. Likewise, the City of Jackson is ordered and directed to have a city employee or official present with knowledge of the case, in addition to its attorney of record.

SO ORDERED on this 6th day of September, 2024.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE