IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TERRANCE TILLER**                                                        **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 3:24-cv-94-KHJ-MTP**

**CITY OF JACKSON, ET AL.**                                  **DEFENDANTS**

## ORDER

THIS MATTER is before the Court *sua sponte* for case management purposes. The Court has received correspondence from Plaintiff requesting a telephonic discovery conference. The correspondence does not clearly identify what specific issue Plaintiff wishes to address in a conference or what discovery violations are alleged to have occurred. It appears, however, that Plaintiff wishes to address an issue or issues concerning depositions under Fed. R. Civ. P. 30.

Given the impending deadlines, the Court does not wish to delay the parties' opportunity to address these issues via motion and will not require the parties to participate in a telephonic discovery conference prior to filing a motion.[1] Instead, any motions concerning the issues raised by Plaintiff should be filed on or before October 18, 2024.

SO ORDERED this the 11th day of October, 2024.

                                                    s/Michael T. Parker
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In the Case Management Order [10], the Court ordered as follows:

> [B]efore a party may serve any discovery motion, counsel must first confer in good faith as required by F.R.Civ.P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the magistrate judge to request a telephonic conference to discuss the issue as contemplated by F.R.Civ.P. 16(b)(3)(v). Only if the telephonic conference with the judge is unsuccessful in resolving the issue may a party file a discovery motion.