IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

**TERRANCE TILLER**                                                                                          **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.: 3:24-CV-00094-KHJ-MTP**

**CITY OF JACKSON, JACKSON POLICE DEPT., et al.**                                **DEFENDANTS**

## NOTICE OF DEPOSITION OF PLAINTIFF

To:   Abby Robinson, Esq.
      Abby Robinson & Associates Law Firm, PLLC
      227 E. Pearl Street Jackson, MS 39201
      Telephone: 601-321-9343
      Facsimile: 601-487-6326
      Email: arobinsonlawfirm@yahoo.com
      *Attorney for Plaintiff*

The Defendant City of Jackson, Mississippi notifies you that its undersigned attorney will take the deposition on oral examination of the Plaintiff on **Wednesday, November 13, 2024, beginning at 9:00 a.m.,** at Abby Robinson & Associates Law Firm, PLLC, 227 E. Pearl Street Jackson, MS 39201. **The Plaintiff's attorney has expressly agreed to the time and place of this deposition.**

The deposition will be conducted in accordance with the Federal Rules of Civil Procedure, particularly Rule 30. The depositions are to be recorded by a court reporter and may also be recorded via video, in accordance with the Federal Rules of Civil Procedure.

Unless previously produced through Initial Disclosure or in response to discovery requests, the Plaintiff is requested to produce at his deposition, or beforehand, all documents, electronically stored information, and tangible things that the Plaintiff has in his or her possession, custody, or control and may use to support the Plaintiff's claims or defenses, unless the use would be solely

for impeachment; and is further requested to produce a copy of all documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation of damages is based, including materials bearing on the nature and extent of injuries suffered.

RESPECTFULLY submitted this the 16th day of October, 2024.

**CITY OF JACKSON, MISSISSIPPI**

By: */s/Samuel L. Begley*_____
Samuel L. Begley, MSB #2315
Legal Counsel
sbegley@jacksonms.gov

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)