UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERRANCE TILLER                                                                         PLAINTIFF

V.                                              CIVIL ACTION NO. 3:24-CV-94-KHJ-MTP

CITY OF JACKSON, et al.                                                              DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses Plaintiff Terrance Tiller's federal ADA and equal-protection claims with prejudice. Declining to exercise supplemental jurisdiction, the Court dismisses without prejudice the remaining state-law claims. This case is closed.

SO ORDERED AND ADJUDGED, this 16th day of May, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE