IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TERRANCE TILLER**                                                                           **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 3:24-CV-00094-KHJ-MTP**

**CITY OF JACKSON, JACKSON POLICE DEPT., et al.**          **DEFENDANTS**

### CITY OF JACKSON'S MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

Plaintiff Terrance Tiller, a former Jackson Police Officer, filed a federal civil rights action alleging that the City of Jackson discriminated against him because of his disability. The Court granted the City's Motion for Summary Judgment. ECF No.45. The City is a prevailing party under 42 U.S.C. § 12205 and 42 U.S.C. § 1988(b).

The City seeks an award of attorney's fees because the Plaintiff's lawsuit was "frivolous, unreasonable, and groundless." *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 422 (1978). The Fifth Circuit has held that "to be without merit, a claim must be 'devoid of arguable legal merit or factual support.'" *Dudley v. Johnson*, 99 F.3d 1134 (5th Cir.1996) (quoting *Jones v. Tex. Tech Univ.*, 656 F.2d.

Tiller offered no direct evidence of disability discrimination.

Tiller showed no evidence of how Kim Brown was treated more favorably than him.

Tiller offered no evidence that he is a qualified individual with a disability—that he was able to perform the essential functions of the job with or without accommodation.

Tiller failed to present any evidence that he was treated less favorably than other disabled employees similarly situated.

It is not a bar to the recovery of attorney's fees that the case was handled by the City Attorney's Office. *Textor v. Bd. of Regents of N. Ill. Univ.*, 711 F.2d 1387, 1396 (7th Cir. 1983) (permitting recovery of attorneys' fees of salaried in-house counsel of university).

The City will submit time records of the undersigned attorney for the Court's consideration should the Court find this Motion to be meritorious. The City fairly estimates that it is owed $25,000 in attorney's fees based on 100 hours of work at the rate of $250.00 an hour.

RESPECTFULLY submitted this the 30th day of May, 2025.

        **CITY OF JACKSON, MISSISSIPPI**

By:    */s/ Samuel L. Begley*
       Samuel L. Begley, MSB #2315
       Legal Counsel
       sbegley@jacksonms.gov

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)